B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Decorator Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Specialty Window Coverings; DBA Superior Drapery;**<br>**FDBA Doris Lee Draperies** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**25-1001433** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12240 SW 53rd St., Suite 502**<br>**Cooper City, FL**<br>ZIP Code **33330-3313** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(4/10)** — Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Decorator Industries, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____  Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Decorator Industries, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Paul J. Battista**
Signature of Attorney for Debtor(s)

**Paul J. Battista 884162**
Printed Name of Attorney for Debtor(s)

**Genovese Joblove & Battista, P.A.**
Firm Name

**100 SE 2nd Street**
**Suite 4400**
**Miami, FL 33131**

Address

**305-349-2300  Fax: 305-349-2310**
Telephone Number

**October  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William A. Johnson**
Signature of Authorized Individual

**William A. Johnson**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**October  3, 2011**
Date

## RESOLUTION OF THE BOARD OF DIRECTORS OF
### *DECORATOR INDUSTRIS, INC.*

I, William A. Johnson, being the duly qualified and elected Chief Executive Officer and President of DECORATOR INDUSTRIES, INC., a Pennsylvania Corporation (the "Company"), hereby certify that at a special meeting of the Board of Directors of the Company duly called and held on September 14, 2011, the following resolutions (collectively, the "Resolutions") were adopted in accordance with the by-laws of the Company and that said Resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, the Board of Directors reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses and members; and

**WHEREAS**, the Board of Directors has had sufficient opportunity to consult with the management and the advisors of the Company and has fully considered each of the strategic alternatives available to the Company;

**WHEREFORE, BE IT RESOLVED** that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**BE IT FURTHER RESOLVED** that the undersigned, on behalf of the Company, authorize and empower WILLIAM A. JOHNSON (the 'Authorized Officer') to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida on behalf of the Company, which filing be and the same is hereby approved (the 'Chapter 11 Proceedings'); and

**BE IT FURTHER RESOLVED** that the Authorized Officer is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as he may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and

1

obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Company, through its Authorized Officer, is authorized: (i) to retain on behalf of the Company the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Company such other professionals that the Authorized Officer deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of the Company is hereby authorized, empowered and directed to do all things and to take all actions which he may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

**BE IT FURTHER RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Company regarding or related to the Company's liquidation and/or restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

2

**BE IT FINALLY RESOLVED** that the foregoing Resolutions shall be effective as of the 14th day of September, 2011.

**IN WITNESS WHEREOF**, the undersigned has executed this consent as of September 14, 2011.

By: William A. Johnson
Title: President and
        Chief Executive Officer

3

# United States Bankruptcy Court
## Southern District of Florida

In re   **Decorator Industries, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  3, 2011**

**/s/ William A. Johnson**
**William A. Johnson**/President and CEO
Signer/Title

```
**BOSSIER CITY OF UTILITIES DEPT
PO BOX 5337
ACCT#21837-38984
BOSSIER CITY, LA 71171-5337


1000BULBS .COM
2140 MERRITT DRIVE
GARLAND, TX 75041


A TO Z TOWN AND COUNTRY LLC
102 HODD DRIVE
COLBY, WI 54421


AARON'S WINDOW TREATMENT
10364 BERMUDA DRIVE
COOPER CITY, FL 33026-4635


ABBY INN
1201 EAST SPRUCE STREET
PO BOX 590
ABBOTSFORD, WI 54405


ABC SAW & TOOL INC
2436 EDDY STREET
ELKHART, IN 46516


ABF FREIGHT SYSTEMS, INC- PA
RR 3   BOX 812
MILTON, PA 17847-9598


ABR GROUP, INC
20 LONESOME DOVE COVE
EADS, TN 38028


ACC BUSINESS
ACCT # 00001177439
P O BOX 105306
ATLANTA, GA 30348-5306


ADT SECURITY SERVICES - PA
PO BOX 371967
PITTSBURGH, PA 15250-7967
```

ADVANCE ENDOSCOPY & SURGICAL CENTER
142 ROUTE 35, SUITE 101
EATONTOWN, NJ 07724


ADVANCED WATER SOLUTIONS
PO BOX 1200
SOUTH BEND, IN 46624


AIRWAY MOTOR INN
82-20 ASTORIA BOULEVARD
EAST ELMURST, NY 11370


ALABAMA POWER COMPANY
ACCT No 54234-34007-02
P.O. BOX 242
BIRMINGHAM, AL 35292


ALACO SALES INC
PO BOX 146
RUSSELLVILLE, AL 35653


ALAN RICHARD TEXTILES
40 NEW YORK AVENUE
WESTBURY, NY 11590


ALCO TOOL SUPPLY INC
54847 C.R. 17
ELKHART, IN 46516


ALLIED WASTE SERV #975 - LA
ALLIED WASTE SERVICES #975
P O BOX 9001099
LOUISVILLE, KY 40290-1099


ALUMINUM METALS CO, LLC
13092 RED ARROW HIGHWAY
SAWYER, MI 49125


ALVINA WALLACE
827 MITCHELL AVENUE
BENSALEM, PA 19020-7038


AMALGAMATED TEXTILES USA INC.
815 PLYMOUTH AVENUE
MONT-ROYAL, QUEBEC H4P 1B2

AMBER FABRICATIONS
127 SUMMIT AVENUE
SUMMIT, NJ 07901


AMERICA'S BEST VALUE INN
196 SO. HAMILTON STREET
PAINTED POST, NY 14870


AMERICAN & EFIRD MILLS INC
PO BOX 60221
CHARLOTTE, NC 28260


AMERICAN EXPRESS - NJ
PO BOX 1270
NEWARK, NJ 07101-1270


AMERICAN FAMILY LIFE ASSUR CO
ATT REMITTANCE PROCESSING SERV
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797


AMERICAN SAFETY & FIRST AID
PO BOX 59
OSCEOLA, IN 46561


AMERICAS BEST VALUE INN
1400 SOUTH FLORIDA AVENUE
CROSSETT, AR 71635


AMERIPRIDE LINEN AND APPAREL SERV
805 N HOOK ST
TUSCUMBIA, AL 35674-1008


AMETEX CONTRACT FABRICS
PO BOX 642524
PITTSBURGH, PA 15264-2524


ANHUI HONREN CO GROUP LTD
NO.18 XINGYUAN EAST ROAD
ECONOMIC DEVELOPMENT ZONE
TONGCHENG


ANTHEM - BLUE CROSS & BLUESHIELD
P.O. BOX 105163
ATLANTA, GA 30348-5163

ANTHONY PEST MANAGEMENT
1272 COUNTY HWY 147
BEAR CREEK, AL 35543


APEX PRODUCTS LLC
8333 MELROSE
LENEXA, KS 66214


APS - AZ
Acct # 059794280
P O BOX 2906
PHOENIX, AZ 85062-2906


ARC-COM FABRICS, INC
ATTN: ACCOUNTS RECEIVABLE
33 RAMLAND SOUTH
ORANGEBURG, NY 10962-2689


ARCHITEX INTERNATIONAL
3333 COMMERCIAL AVENUE
NORTHBROOK, IL 60062


ARIZONA DEPT OF REVENUE S&U TA
P O BOX 29010
PHOENIX, AZ 85038-9010


AST
OPERATION CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219


AT&T - GA
ACCT No 059-324-3766-001
PO BOX 105068
ATLANTA, GA 30348-5068


AT&T - GA
ACCT 059-309-7829-001
PO BOX 105068
ATLANTA, GA 30348-5068


AT&T LONG DISTANCE SERVICE
Acct No. 60917819
PO BOX 52187
PHOENIX, AZ 85072-2187

```
AT&T MOBILITY - PAUL LIEBERMAN
PO BOX 6463
CAROL STREAM, IL 60197-6416


ATLANTA THREAD & SUPPLY
695 RED OAK ROAD
STOCKBRIDGE, GA 30281


AVENUE HOME GENERAL TRADING LLC
203 UMM SUQUEM ST, WH 6&7
PO BOX 38276
DUBAI


BARNETT AIR
13982 U.S. HIGHWAY 278
HALEYVILLE, AL 35565


BECKER EXHIBITS
P O BOX 500
SCHOFIELD, WI 54476


BENDER'S WHOLESALE DISTRIBUTOR
P O BOX 1407
ELKHART, IN 46515


BEST WESTERN WYNWOOD
INTERSTTE TRAFFIC CIRCLE
PORTSMOUTH, NH 03801


Best Western-Grasonville
3101 Main St
Grasonville, MD 21638


BILL JOHNSON
C/O DECORATOR INDUSTRIES
10011 PINES BLVD STE 201
PEMBROKE PINES, FL 33024


BILL VENTURA
10403 WALBROKE DRIVE
RICHMOND, VA 23238


BLUE CROSS BLUE SHIELD - HALEYVILLE
P O BOX 360037
BIRMINGHAM, AL 35236-0037
```

BLUE INTERACTIVE AGENCY
608 S.W. 4TH AVENUE
FORT LAUDERDALE, FL 33315


BOB "TEX" SVAJDA
12361 NW 29 STREET
SUNRISE, FL 33323-1509


BOSSIER CITY UTILITIES DEPT
P O BOX 5337
BOSSIER CITY, LA 71171


BOSSIER CITY-PARISH S&U TX DIV
SALES & USE TAX DIVISION
PO BOX 71313
BOSSIER CITY, LA 71171-1313


BOXES FOR LESS INC
PO BOX 7942
SHREVEPORT, LA 71137


BRAVO FABRICS
BB&T COMMERCIAL
P.O. BOX 890011
CHARLOTTE, NC 28289-0011


BRIAN EDWARDS KIDD
912 VAN AVE, APT 1517
DAPHNE, AL 36526


BROADRIDGE INVESTOR COMMUNICATION SOLUTI
INVESTOR COMMUNICATION SERV.
P. O. BOX 416423
BOSTON, MA 02241-6423


BROOKS HEATING & A/C
P.O. BOX 5856
BOSSIER CITY, LA 71171-5856


BROWARD COUNTY REV COLL/ LICEN
115 S. ANDREWS AVE.  RM A-100
FT. LAUDERDALE, FL 33301

BROWARD COUNTY TAX COLLECTOR
1800 NW 66TH AVENUE SUITE 100
PLANTATION, FL 33313-4523


BRUCE BLAKE INSTALLATION SERV
72 BRIDLE PATH
NEWINGTON, CT 06111


BRYAN HANNULA
4603 S. LACKSON RD.
SOUTH RANGE, WI 54874


BUBRICK'S
PO BOX 640
GERMANTOWN, WI 53022


C.H. ROBINSON WORLDWIDE INC
P O BOX  9121
MINNEAPOLIS, MN 55480


CARL'S INSTALLATION
4011 RUSH BLVD
YOUNGSTOWN, OH 44512


CARLSON SYSTEMS, LLC
P O BOX 3036
OMAHA, NE 68103-0036


CARQUEST AUTO PARTS / WI
204 N 4TH STREET
ABBOTSFORD, WI 54405


CATALINA CURTAIN CO., INC
PO Box 2589
Avalon, CA 90704


CENTERPOINT ENERGY
PO BOX 4583
HOUSTON, TX 77210-4583


CENTRAL TAX BUREAU OF PA
128 W. SECOND STREET
BERWICK, PA 18603

CENTURY FOAM
P O BOX 2207
ELKHART, IN 46515


CENTURYLINK
P.O. BOX 4300
CAROL STREAM, IL 60197-4300


CERTIFIED ALARM CO OF ALABAMA
PO BOX 237
SHEFFIELD, AL 35660


CHARLES SAMELSON INC
102 MADISON AVENUE
NEW YORK, NY 10016


CHATELANE
MILBERG FACTORS
99 PARK AVENUE
NEW YORK, NY 10016


CHEVRON & TEXACO BUSINESS CARD SERVICES
PO BOX 70887
CHARLOTTE, NC 28272-0887


CHOICE HOTELS INTERNATIONAL
PNC BANK
PHILAELPHIA, PA 19182-4468


Choice Hotels International, Inc.
10750 Columbia Pike
Silver Spring, MD 20901


CHRISTOPHER SANSONE
6 EAST 43rd STREET
23rd FLOOR
NEW YORK, NY 10017


CIGNA DENTAL HEALTH INC
5089 COLLECTION CENTER DR
CHICAGO, IL 60693-0050

CIT TECHNOLOGY FIN SERV, INC
21146 NETWORK PLACE
LEASE # 910-0011590-000
CHICAGO, IL 60673-1211


CITY FIRE EQUIPMENT
5708 S.W 25TH STREET
HOLLYWOOD, FL 33023


CITY OF ABBOTSFORD/WATER DEPT
ACCT No 030-3303-00
PO BOX 589
ABBOTSFORD, WI 54405


CITY OF COOPER CITY-LOCAL BUSINESS TAX
P.O. BOX 290910
COOPER CITY, FL 33329-0910


CITY OF PHOENIX -WATER SERVICE
ACCT #4936610000&7636610000
P O BOX 78663
PHOENIX, AZ 85062-8663


CITY OF RED BAY/ STACS
STACS
P O  BOX 3989
MUSCLE SHOALS, AL 35662


CMH Manufacturing
Box 9780
Maryville, TN 37802


CMH MANUFACTURING, INC
SUSAN BOLINGER, PROCUREMENT
5000 CLAYTON ROAD
MARYVILLE, TN 37804


Coconut Palms Beach Resort
811 S Atlantic Ave
New Smyrna Beach, FL 32169


COLBY CHRYSLER CENTER
HWY 13 , PO BOX 405
COLBY, WI 54421

COLONIAL SUPPLEMENTAL INSUR
PO BOX 903
COLUMBIA, SC 29202-0903


COMBAT PARTS INC
750 OLD HWY 29
P O BOX 361
ABBOTSFORD, WI 54405


COMFORTEX WINDOW FASHIONS
PO BOX: 406455   CUST# 604328
ATLANTA, GA 30384-6455


COMFORTEX WINDOW FASHIONS
21 ELM STREET
MAPLEWOOD, NY 12189


COMPBENEFITS- MO
PO BOX 219051
KANSAS CITY, MO 64121-9051


COMPRESS AIR INC.
1758 GENESIS DRIVE
LA PORTE, IN 46350


CONFERSAVE
1501 HAMBURG TURNPIKE
SUITE 301
WAYNE, NJ 07470


CONFETTI
1669 NW 144TH TERRACE
SUNRISE, FL 33323


CONTRACT ALLIANCE LTD
SEAN TAYLOR
212 SOUTH MARION STREET, #27
OAK PARK, IL 60302


CONTRACT SALES, INC.
PO BOX 1970
JASPER, AL 35501

COOK HEATING & A/C CO. INC.
22285 ELKHART EAST BLVD
ELKHART, IN 46514


COOPER CITY UTILITIES
PO BOX 290910
COOPER CITY, FL 33329-0910


COPLAND INC
1714 CAROLINA MILL ROAD
BURLINGTON, NC 27217


CORAL FABRICS
C/O MILLBERG FACTORS
99 PARK AVENUE
NEW YORK, NY 10016


CORPORATIVO ATELIER, S.A. DE C.V.
450 A STREET SUITE 300
SAN DIEGO, CA 92101


COVINGTON FABRIC & DESIGN, LLC
PO BOX 20031
GREELEY SQUARE STATION
NEW YORK, NY 10001-0001


CRC LUMBER, LLC
508 W SPENCE ST
COLBY, WI 54421


CRESTMARK BANK
5480 CORPORATE DRIVE
STE 350
Troy, MI 48098


CRESTMONT FABRICS
75 LASER COURT
HAUPPAUGE, NY 11788


CRISTALL THREAD CO- POINT DISTRIBUTORS
690 LUNT AVENUE
ELK GROVE VILLAGE, IL 60007

CROWN NOVELTY WORKS
c/o FINANCIAL PROCESSING
P.O. BOX 187
GREENWICH, CT 06836


CULP INC
PO BOX 751007
CHARLOTTE, NC 28275


CURTAIN CALL
162 WILLOWOOD DRIVE
ROCHESTER, NY 14612


CURTAIN CALL - MO
12395 W. FAITH LANE
REPUBLIC, MO 65738


D & S CLASSIC COACH, INC.
23910 N 19TH AVE., SUITE 32
PHOENIX, AZ 85085


D.L. COUCH
ATTN: PENNY BLEVINS
PO BOX 570
NEW CASTLE, IN 47362


DAN HANNULA
C/O LIBERIA MFG CO
P O  BOX 432
ABBOTSFORD, WI 54405


DATEL CORPORATION
3921 SW 47th AVE
SUITE 1002
DAVIE, FL 33314-2812


DCI-LISBON NH
265 SOUTH MAIN STREET
LISBON, NH 03585


DEBRA S KUNZE
5931 CTY RD.  C
SPENCER, WI 54479

DESIGN CRAFT FABRICS
PO BOX 95022
PALATINE, IL 60095-0022


DESIGN DECORATOR SERVICE
10641 WEIR STREET
OMAHA, NE 68127


DESIGNER ADVERTISING
BOX 226
COLBY, WI 54421


DH WINDOW COVERINGS-DAVE HEUN
2908 SENAK RD
ROSLYN, PA 19001


DHL EXPRESS
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


DIAMOND NEEDLE CORPORATION
60 COMMERCE ROAD
CARLSTADT, NJ 07072


DIAMOND RESORTS INTERNATIONAL
10600 WEST CHARLESTON BLVD
LAS VEGAS, NV 89135-1014


DIRIGO STITCHING, INC
PO BOX 447
SKOWHEGAN, ME 04976


Distinctive Solutions LLC
15505 Ironwood Trail
Milaca, MN 56353


DIVERSIFIED FABRICS INC
303 RUPPE ST
KINGS MOUNTAIN, NC 28086


DIVERSIFIED TESTING LABORATORIES, INC
336 WEST FRONT STREET
PO BOX 4004
BURLINGTON, NC 27215

DIXIE FLOWER AND GIFTS
2310 11TH AVE
HALEYVILLE, AL 35565


DONNA GOULD
1807 MORTON AVE
ELKHART, IN 46516


DOUG KRAXBERGER
6443 SW BEAVERTON HILLSDALE HWY #370
PORTLAND, OR 97221


DOUGLASS INDUSTRIES INC
P O BOX 701
EGG HARBOR, NJ 08215


DOWN LITE INTERNATIONAL
P O BOX 633458
CINCINNATI, OH 45263-3458


DRAPERIES.COM
5500 NORTH PECK ROAD
ARCADIA, CA 91006


DRINKER BIDDLE & REATH
ONE LOGAN SQUARE
SUITE 2000
PHILADELPHIA, PA 19103-6996


DUANE MARKER
1076 NW 84 DRIVE
CORAL SPRINGS, FL 33071-7106


DUNLAP INDUSTRIES INC
PO BOX 459
Dunlap, TN 37327


DUNLAP SUNBRAND INTERNATIONAL
P O BOX 768
HOPKINSVILLE, KY 42241


DURALEE CONTRACT
1775 FIFTH AVENUE
PO BOX 9179
BAY SHORE, NY 11706-9179

DUTCHMEN MFG., INC.
PO BOX 2164
GOSHEN, IN 46527


DYNAMAX CORPORATION
FOREST RIVER INC.
P.O. BOX 3030
ELKHART, IN 46515


DYNAMIC DRAPERIES, INC.
1246 SOUTH LITTLE CREEK ROAD
DOVER, DE 19901


EASTMAN MACHINE COMPANY
PO BOX 1031
BUFFALO, NY 14205


EDGAR FABRICS INC
50 COMMERCE DRIVE
P.O. BOX 13186
HAUPPAUGE, NY 11788


EDMUND BELL & COMPANY LIMITED
BELFRY HOUSE, 1 ROYDSDALE WAY
EUROWAY TRADING ESTATE
BRADFORD, GREAT BRITAIN BD4 6SU


EDWARD L. OEHME
3300 WEST 108th STREET
CHICAGO, IL 60656


EDWARD SEGAL, INC.
PO BOX 429
THOMASTON, CT 06787


ELKHART PUBLIC UTILITIES
PO BOX 7027
SOUTH BEND, IN 46634-7027


ELKHART STEEL SERVICE, INC
3604 HENKE STREET
ELKHART, IN 46526

ELLIOT TRUE VALUE
P O  BOX 1299
HALEYVILLE, AL 35565-1341


ELLIOTT ELECTRIC SUPPLY INC
P O  BOX 5397
BOSSIER CITY, LA 71111


ENCORE POLY CORPORATION
240 W  PASSAIC STREET,  STE#7
MAYWOOD, NJ 07607


EO JOHNSON OFFICE TECHNOLOGIES
P.O. BOX 629
WAUSAU, WI 54402-0629


Epic Response
3045 Chastain Meadows Parkway
Suite 400
Marietta, GA 30066


ERVIN EQUIPMENT, INC.
PO BOX 306
TOLEDO, IL 62468


ETON SUPPORT US LLC
5665 ATLANTA HWY
SUITE 103-320
ALPHARETTA, GA 30004


EULER HERMES UMA, INC
PO BOX 1672
LOUISVILLE, KY 40201-1672


EXPERT LASER SERVICES INC
1500  SW  106TH TERRACE
DAVIE, FL 33324


EXPRESS PRESS, INC.
1808-D EAST BRISTOL STREET
ELKHART, IN 46514

EXXONMOBIL CARD SERVICES
ACCT # 7187 8590 1065 0959
PO BOX 688938
DES MOINES, IA 50368-8938


FABRICS INTERNATIONAL
450 A STREET
SUITE #300
SAN DIEGO, CA 92101


FABRICUT CONTRACT
PO BOX 470490
TULSA, OK 74147


FASNAP CORP
PO BOX 1613
ELKHART, IN 46515


FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286


FEDERAL EXPRESS - PALATINE IL
P O BOX 94515
PALATINE, IL 60094-4515


FEDERAL EXPRESS - TX
PO BOX 660481
DALLAS, TX 75266-0481


FEDEX FREIGHT -  IL
DEPT CH
P O BOX 10306
PALATINE, IL 60055-0306


FIDUCIARY FIRST LLC
220 LOOKOUT PLACE
SUITE 200
MAITLAND, FL 32751-8408


FLA DEPT OF REVENUE  -  S&U
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-6586

FLEETWOOD HOMES TN #27
PO BOX 700
LAFAYETTE, TN 37083


FLORIDA POWER & LIGHT
ACCT NO 13384-54620
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001


FOREST GROUP USA, INC.
1500 DONN DRIVE
CARTERSVILLE, GA 30120-2695


FORTIS PLASTICS, INC
PO BOX 535233
ATLANTA, GA 30353-5233


FOUR WINDS INT.
PO BOX 1486
ELKHART, IN 46516


FRANKLIN COUNTY /STACS
P O BOX 3989
MUSCLE SHOALS, AL 35662


FRANKLIN COUNTY REVENUE COMMISSIONER
PO BOX 248
RUSSELLVILLE, AL 35653


FRANKLIN ELECTRIC COOPERATIVE
ACCT No 044-7585-3
P O BOX 386
RED BAY, AL 35582-0386


FRONTIER - AZ
P.O. BOX 2951
PHOENIX, AZ 85062-2951


FURNITURE SUPPLY CO
PO BOX 878
HALEYVILLE, AL 35565


GA DEPARTMENT OF REVENUE - EST
PO BOX 105136
ATLANTA, GA 30348-5136

GARRETT'S WINDOW DECOR INC
46036 MICHIGAN AVENUE - STE 143
CANTON, MI 48188


GIBSON BOATS
130 DAVIS ST.
PORTLAND, TN 37148


GLEN PUPP
PO Box 432
ABBOTSFORD, WI 54405


GLENDA RICO
911 6th S NW
RED BAY, AL 35582


GOLDEN DRAPERY SUPPLY
2500 BROOKPARK ROAD
CLEVELAND, OH 44134


GONDOLIER RESORT MOTEL
5701 OCEAN AVENUE
WILDWOOD CREST, NJ 08260


Good Hospitality Services
Attn: Nancy Hensrud
1351 Silhavy Road Suite 100
Valparasio, IN 46383


GOSHEN WATER & SEWER
PO BOX 238
GOSHEN, IN 46527-0238


GRAINGER - IL
DEPT 814270617
PALATINE, IL 60038-0001


GRAND BARBDOS BEACH RESORT
AQUATIC GAP
ST MICHAEL, BARBADOS WEST INDIES


Granite State Contract Furnishings, LTD
RR1 Box18
Intervale, NH 03845

GREAT SOUTHERN INDUSTRIES INC
P O BOX 5325
JACKSON, MS 39296-5325


GREEN SHOES LAWN CARE LLP
N3738 CASTLE ROAD
MEDFORD, WI 54451


GREER DIVERSIFIED ENTERPRISES, INC.
14680 LAKESHORE DRIVE
RUTLEDGE, TN 37861


GROSHEK LAWN SERVICE
88 SAVAGEHILL RD.
ORANGEVILLE, PA 17859


GUILFORD MILLS
PO BOX 26969
GREENSBORO, NC 27419


GUY S HAUTALA
7973 HILLTOP ROAD
PITTSVILLE, WI 54466-9390


HAHN SYSTEMS, LLC
5762 W 74TH ST
INDIANAPOLIS, IN 46278


HALCO FASTENERS
2730 CAVANAUGH COURT
HAYWARD, CA 94545-1623


Hale Koa Hotel
10011 PINES BLVD. STE 201
ATTN: HARVEY MEMBERG
PEMBROKE PINES, FL 33024


HALEYVILLE  WATER WORKS & SEWER BOARD
ACCT# 6001/1700-1
1101 20TH ST
HALEYVILLE, AL 35565


HALEYVILLE CHAMBER OF COMMERCE
PO BOX 634
HALEYVILLE, AL 35565

HANDY / KENLIN GROUP
29 E HINTZ ROAD
WHEELING, IL 60090


HANES CONVERTING CO
L&P FINANCIAL SERVICES CO
PO BOX 60984
CHARLOTTE, NC 28260


HANES FABRICS COMPANY
L&P FINANCIAL SERVICES CO
PO BOX 60984
CHARLOTTE, NC 28260


HANG EM' HIGH INSTALLATIONS
1100 W. CALLE CONCORDIA
TUCSON, AZ 85704


HARMONY COUNTRY CO
BOX 407
COLBY, WI 54421


HARVEY MEMBERG
1001 SW 128 TERRACE, APT #301
PEMBROKE PINES, FL 33027-1931


HASLER INC
RCP DEPT
478 WHEELERS FARMS RD
MILFORD, CT 06461


HD BOUTIQUE
PO BOX 88938
CHICAGO, IL 60695-1938


HENDERSON SEWING MACHINE
PO BOX 967
ANDALUSIA, AL 36420


HERITAGE HOUSE FABRICS
4400 FORTUNE AVENUE
CONCORD, NC 28027

HICKORY SPRINGS MFG CO
PO BOX 9237
HICKORY, NC 28603-9237


HICKS TIRE & SERVICE
1103 19TH STREET
HALEYVILLE, AL 35565


HILDA TANNER
1701 DOC PEARSON RD.
GOLDEN, MS 38847


HILLTOP HEALTH CENTER
126 FORD STREET
ANSONIA, CT 06401


HIMCO WASTE-AWAY SERVICES INC
PO BOX 1278
ELKHART, IN 46515-1278


HOLIDAY INN EXPRES -DODGE CITY
2320 WYATT EARP DR
DODGE CITY, KS 67801


Holiday Inn Express
1601 Super Plaza
Hutchinson, KS 67501


HOLIDAY INN SOUTH PLAINFIELD
4701 STELTON RAD
SOUTH PLAINFIELD, NJ 07080


HOME DEPOT CREDIT SERV/BOSSIER
DEPT.32-2007049228
P O BOX 6029
THE LAKES, NV 88901-6029


HOSPI-TEL MFG. CO.
PO BOX 7005
BLOOMFIELD, NJ 07003-7005


HOSPITALITY DEPOT, LLC
158 GRIFFIN BLVD
PANAMA CITY BEACH, FL 32413

HOSPITALITY DESIGN
P O BOX 88938
CHICAGO, IL 60695-1938


HULL LIFT TRUCK, INC.
28747 OLD US 33 WEST
ELKHART, IN 46516


HUNTER DOUGLAS FABRICATION
PO BOX 405766
ATLANTA, GA 30384-5756


HUNTER DOUGLAS HOSPITALITY
5599 PAYSPHERE CIRCLE
CHICAGO, IL 60674


HUTT ELECTRIC SUPPLY INC
PO BOX 40
ABBOTSFORD, WI 54405


IKON OFFICE SOLUTIONS
PO BOX 532530
FLORIDA DISTRICT
ATLANTA, GA 30353-2530


IMIC HOTELS
1 SURREY CT
COLUMBIA, SC


IMPERIAL FASTENER CO, INC
PO BOX 578
POMPANO BEACH, FL 33061


IMPERIAL THREADS INC
3145 MAC ARTHUR BLVD
PO BOX 706
NORTHBROOK, IL 60062-0706


INDIANA DEPT OF REVENUE / S&U
PO BOX 7218
INDIANAPOLIS, IN 46207-7218


INDIANA MICHIGAN POWER
P O BOX 24412
CANTON, OH 44701-4412

Indus Chili Ave Assiciates
1170 Pittsford Victor Rd
Pittsford, NY 14534


ING RELIASTAR LIFE
8132 INNOVATION WAY
CHICAGO, IL 60682-0081


INGRAM QUICK
44 SECLUDED POND DRIVE
FRISCO, TX 75034


INN SIDE FURNISHINGS, INC.
5025 BOARDWALK DR
COLORADO SPRINGS, CO 80919


Inn-Side Furnishings Inc
5025 Boardwalk Dr
5025 Boardwalk Dr
Colorado Springs, CO 80919


INNVISION HOSPITALITY SUPPLY
504 CARVER RD
GRIFFIN, GA 30224


INSCCU - ASFE
P O BOX 6271
INDIANAPOLIS, IN 46206-6271


INSTALL IT OF SAN ANTONIO
21934 PELICAN CREEK
SAN ANTONIO, TX 78258


INTEGRA FABRICS
DEPT 381 - PO BOX 100199
COLUMBIA, SC 29202-3199


INTEGRATED HOLDINGS LLC
A DISBURSEMENT AGENT
8326 MELROSE DRIVE
LENEXA, KS 66214


Internal Revenue Service Special Procedu
7850 Sw 6th Ct
Plantation, FL 33324

INTERSPEC (FABRIC)
PO BOX 705
ALLENWOOD, NJ 08720


Intramode, LLC
1420 Broadway Street
Detroit, MI 48226


ISAAC SHOEBROEK
244 BETHLEM RD
HAUGHTON, LA 71037


JACKIE HAYES
200 S MAIN ST.
COLBY, WI 54421


JADEN FABRICS
2625 BRENNER DRIVE
DALLAS, TX 75220


JEAN-PIERRE BELAIR
156 MICHENER
CHATEAUGUAY, QC J6J   2B2


JESTA I.S.
8 PLACE DU COMMERCE, SUITE 300
VERDUN, QC H3E 1N3


JINAN SANTAL FIRE RESISTANT PROD. CO
SHUNTAI PI, 2000 SHUNHUA ROAD
JINAN
SHANDONG,, CHINA 00025-0100


JJ INSTALLATION/JASON JACKSON
103 HIDDEN DRIVE
CAMDENTO, MO 65020


JJC INTERIORS,LLC(JO STANLEY)
PO BOX 882
174 WEST DIVISION STREET
FOND DU LAC, WI 54936


Joerns Healthcare Inc.
5001 Joerns Dr
Stevens Point, WI 54481-5040

JOHN TAYLOR ASSOCIATES INC
7 SUMMIT AVENUE
CHELMSFORD, MA 01824


JOLLY DAN'S TRADING POST
755 HIGHWAY 129
HALEYVILLE, AL 35565


JOSE LEAL ENTERPRISES dba WORLDWIDE DRAP
7400  NW 37TH AVE
MIAMI, FL 33147


JOSEPH N. ELLIS
3006 S.E. DOUBLETON DRIVE
STUART, FL 34997


JULIE KAUFMANN
513 MURDOCK ROAD
BALTIMORE, MD 21212


JULIE TIZNIK
c/o DECORATOR INDUSTRIES
PO BOX 432
ABBOTSFORD, WI 54405


JULIUS KOCH USA
387 CHURCH STREET
NEW BEDFORD, MA 02745


K. MATTIAN, INC
1409 S. LAMAR ST.
SUITE 206
DALLAS, TX


KAREN McCORMICK
233 N RIDGE VIEW DR
PORT ANGELES, WA 98362


KASBAR NATIONAL INDUSTRIES
370 REED ROAD
SUITE 200
BROOMALL, PA 19008-4006

KATHY MARY / SUMMIT DESIGN SOURCE, INC.
1375 SE WILSON AVE, SUITE 160
BEND, OR 97702


KELLEY SUPPLY INC
PO BOX 100
ABBOTSFORD, WI 54405


KEMP ENTERPRISES INC
PO BOX 824
FARMINGTON, ME 04938


KEYBANK NATIONAL ASSOCIATION
101 SOUTH MAIN STREET
Elkhart, IN 46515


KG SOLUTIONS, INC
1141 GREENWOOD LAKE TURNPIKE
SUITE A1
RINGWOOD, NJ 07456


KIM WERT
305  SO  27 STREET
GOSHEN, IN 46528


KNOLL, INC
PO BOX 841366
DALLAS, TX 75284-1366


KOMAR APPAREL SUPPLY CO. LLC
1200 ARTHUR AVENUE
ELK GROVE VILL, IL 60007


KONISTONE DESIGNS, L.L.C/ L.E. STONE MUN
7015 LEEBRAD STREET
SPRINGFIELD, VA 22151


KRAVET FABRICS, INC.
ATTN: JESSICA APPEL - CREDIT DEPT
225 CENTRAL AVENUE SOUTH
BETHPAGE, NY 11714-9000


KROPP FIRE PROTECTION INC
59685 MARKET ST
SOUTHBEND, IN 46614

L & L MACHINE SHOP, INC
41456 HIGHWAY 195
HALEYVILLE, AL 35565


L & W ENGINEERING INC
107 INDUSTRIAL PARKWAY
MIDDLEBURY, IN 46540


LA DEPARTMENT OF REVENUE - S/U
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE, LA 70821-3138


LAMINATION TECHNOLOGIES INC
472 AMHERST ST - UNIT 13
NASHUA, NH 03063


LEISURE TIME MARKETING INC
ATTENTION: DINA
18242 ENTERPRISE LANE
HUNTINGTON BCH, CA 92648


LEWIS ELECTRIC SUPPLY CO
PO DRAWER 2489
MUSCLE SHOALS, AL 35662-2237


LEWIS WORFORD & ASSOCIATES
1400 TAPESTRY LANE
GOODARD, KS 67052


LEXUS FINANCIAL SERVICES - PL
Acct # 02 0562 HM 117
P.O. BOX 17187
BALTIMORE, MD 21297-0511


LIBERTY MUTUAL INSURANCE CO.
P O BOX 7247-0109
PHILADELPHIA, PA 19170-0109


LOFTWARE, INC
166 CORPORATE DRIVE
ATTN: CONTRACTS
PORTSMOUTH, NH 03801

```
LOUIS PLUNG & COMPANY
FOUR GATEWAY CENTER
9TH FLOOR
PITTSBURGH, PA 15222


LOUROTH INDUSTRIES
2502 MIDDLEBURY STREET
ELKHART, IN 46516


LUANN EVERITT
53 VICTORY STREET
ORANGEVILLE, PA 17859


M.L. WEAVER
P O BOX 695
HALEYVILLE, AL 35565


MADGE'S CLEANING
1807 MORTON AVE
ELKHART, IN 46516


MAGIC-SEAL PAGKAGING PRODUCTS
PO DRAWER 12399
COLUMBUS, OH 43212


MAGNUN DENTAL-  MERITAIN HEALTH
SDS 12-1895
PO BOX 86
MINNEAPOLIS, MN 55486-1895


MAHARAM FABRICS CORP
PO BOX 5937
HAUPPAUGE, NY 11788-0183


MARGE'S FLOWERS AND COUNTRY CORNER GIFTS
HIGHWAY 13
PO BOX 315
ABBOTSFORD, WI 54405


MARK COHEN
2806 BREKENRIDGE CIRCLE
AURORA, IL 54401
```

MARMELSTEIN  INC
762 SOUTH 4th STREET
PHILADELPHIA, PA 19147


MARSHFIELD LABS
100 NORTH OAK AVENUE
MARSHFIELD, WI 54449-5795


MARVIN NIEMUTH
W 4929 GLY ROAD A
STETSSONVILLE, WI 54480-9527


MASTER FABRICS USA INC
P O BOX 1546
CHAMPLAIN, NY 12919


MASTERMAN'S LLP
11 C STREET, BUILDING 10
AUBURN IND PARK PO BOX 411
AUBURN, MA 01501-0411


MATADOR CONVERTISSEURS
270 OUEST RUE LOUVAIN ST WEST
MONTREAL, QUEBEC H2N 1B6


McCOMB MILL MANUFACTURING
PO BOX 2003
McCOMB, MS 39649


MEDLEY INSTALLATIONS
21 ORCHARD STREET
WESTFORD, MA 01886


MELISSA BUTKUS
c/o DECORATOR INDUSTRIES INC
1400 ASH STREET
ABBOTSFORD, WI 54405


MENARDS/HSBC BUSINESS SOLUTION
ACCT# 6004-3004-0002-2056
P O  BOX 5219
CAROL STREAM, IL 60197-5219

MENASHA PACKAGING
1645 BERGSTROM ROAD
P.O.BOX 367
NEENAH, WI 54957


MICHAEL KELLEY
1700 STARDUST LANE
OLEAN, NY 14760


MICHAEL SOLOMON
c/o DECORATOR INDUSTRIES
10011 PINES BLVD. SUITE 201
PEMBROKE PINES, FL 33024


MICHIANA CORRUGATED PRODUCTS
PO BOX 790
110 N FRANKS AVE
STURGIS, MI 49091


MICROTEX HOME TEXTILES
5301 N.W. 161 STREET
MIAMI, FL 33014


MID SOUTH PACKAGING
DEPT# 1734
PO BOX 11407
BIRMINGHAM, AL 35246-1734


MILLIKEN & COMPANY/ GA
P O BOX 100503
ATLANTA, GA 30384


MINUTEMAN PRESS OF HOLLYWOOD
541 N STATE ROAD 7
HOLLY WOOD, FL 33021


MISSISSIPPI PAPER CO
P O BOX 1806
TUPELO, MS 38802


MOMENTUM GROUP
DEPT. 8237
LOS ANGELES, CA 90084-8237

MONITRONICS
DEPT. CH 8628
PALATINE, IL 60055-8628


MONTEITH TIRE - GOSHEN
1021 N GREENE ROAD
GOSHEN, IN 46526


MSC INDUSTRIAL SUPPLY CO - IL
DEPT CH 0075
PALATINED, IL 60055-0075


MULTIVIEW, INC
P O BOX 678540
DALLAS, TX 75267-8540


MURRAY'S PEST CONTROL
PO BOX 72484
BOSSIER CITY, LA 71172-2484


NATURALS  NEUTRALS  DRAPERY FABRICS
PO BOX 911122
LOS ANGELES, CA 90091


NEO FABRICS INC
PO BOX 26789
NEW ORLEANS, LA 70186-6789


NEWELL RUBBERMAID, INC.
75 REMITTANCE DRIVE
SUITE # 1167
CHICAGO, IL 60675-1167


NEWMAR CORP.
PO BOX 30
NAPPANEE, IN 46550


NIPSCO
PO BOX 13007
MERRILLVILLE, IN 46411-3007


NORTH CENTRAL CO-OP
806 LOGAN STREET
GOSHEN, IN 46528

NORTHEAST TEXTILES INC
P.O.  2147
GAFFNEY, SC 29342


NORTHEASTERN AUTOMATED TECH
6290 OLD BERWICK ROAD
BLOOMSBURG, PA 17815


NORTHERN SAFETY CO INC
PO BOX 4250
UTICA, NY 13504-4250


NORTHWEST ALABAMA GAS DISTRICT
ACCT No 11252
PO BOX 129
HAMILTON, AL 35570


NYPA WINDOW TREATMENT
402 W NORTH STREET
BETHLEHEM, PA 18018


OAK LAKE CAMPGROUND & RV
52777 HOFFMAN DR.
KERRICK, MN 55756


OLD SOUTH INDUSTRIES
8411 W. ANTOINE LOOP
SHREVEPORT, LA 71129


ON TARGET GROUP
5601 POWERLINE ROAD
FORT LAUDERDALE, FL 33309


ONE COMMUNICATION - MA
P.O. BOX 415721
BOSTON, MA 02241-5721


OPEN RANGE RV COMPANY
3195 N. S.R.5
SHIPSHEWANA, IN 46565


ORKIN, INC. SOUTH BEND. IN
D-10001705
851 MARIETTA ST STE 300
SOUTH BEND, IN 46601-3259

OVERHEAD DOOR CO OF SOUTH BEND
58745 EXECUTIVE DR
MISHAWAKA, IN 46544


OXFORD HOUSE
606 W STATE ROAD 18
FOWLER, IN 47944


P/ KAUFMANN CONTRACT
ROSENTHAL & ROSENTHAL INC
PO BOX 88926
CHICAGO, IL 60695-1926


PA DEPT OF REVENUE / BCT
BUREAU OF CORPORATION TAXES
DEPT 280422
HARRISBURG, PA 17128-0422


PAINT SPOT
PO BOX 1385
ELKHART, IN 46515


PARADISE MOTEL
2990 BOSTON ROAD
BRONX, NY 10469


PAUL J LIEBERMAN DRAPERY CO
385 PROSPECT AVENUE
HACKENSACK, NJ 07601


PAUL LIEBERMAN
385 PROSPECT AVENUE
HACKENSACK, NJ 07601


PENNSYLVANIA POWER & LIGHT
ACCT # 79700-55001
2 NORTH 9TH STREET RPC-GENNI
ALLENTOWN, PA 18101-1175


PENSKE TRUCK LEASING /IL
P O  BOX 802577
CHICAGO, IL 60680-2577

PETTY CASH - ABBOTSFORD
PO BOX 432
ABBOTSFORD, WI 54405


PETTY CASH - BOSSIER
4300 VIKING DRIVE
BOSSIER CITY, LA 71111


PETTY CASH - HALEYVILLE
PO BOX 695
HALEYVILLE, AL 35565


PETTY CASH- SPECIALTY
1614 EISENHOWER DR NORTH
GOSHEN, IN 46526


PHOENIX CITY TREASURER S&U TX
Acct # 04011473
P O BOX 29690
PHOENIX, AZ 85038-9690


PINDLER & PINDLER INC
PO BOX 8007
MOORPARK, CA 93021


PITNEY BOWES - PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874


PITNEY BOWES GLOBAL FINANCIAL SERVICES L
PO BOX 371887
PITTSBURGH, PA 15250-7887


POLAND SPRING DIRECT
Acct No. 0425564721
P O BOX 856192
LOUISVILLE, KY 40285-6192


POSEY SUPPLY CO
PO BOX 156
DOUBLE SPRINGS, AL 35553


POSTMASTER - ABBOTSFORD
113 N 2nd ST.
ABBOTSFORD, WI 54405

POSTMASTER-HALEYVILLE AL
HALEYVILLE, AL 35565-9998


PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055-0660


PREMIER PURCHASING & DESIGN
5401 Carlisle Park
Mechanicsburg, PA 17050


QUALITONE CORP
PO BOX 113
SOUTH BEND, IN 46624-0113


Quality Inn-Burbank CA
Attn: Mita
2255 N Buena Vista St
Burbank, CA 91504


QUALITY PRODUCT SALES, INC.
2301 WEST WILDEN AVE.
GOSHEN, IN 46528


QUILL CORP.
PO BOX 37600
PHILADELPHIA, PA 19101-0600


R EQUAL,  LLC
1591 BARTLETT ROAD
MEMPHIS, TN 38134


RAISED FLOOR PROPERTIES,  LLC
801 CHERRY STREET
SUITE LLG50 MAILBOX 3
FORT WORTH, TX 76102


RAMADA INN PIKESVILLE
1721 REISTERSTOWN ROAD
PIKESVILLE, MD 21208


RANDY FERRIE
10042 N POINTE DRIVE
GRANGER, IN 46530

RANDY TISDALE
51 STERLING RANCH RD SOUTH
HAUGHTON, LA 71037


REBECCA  HOWARD
PO Box  115
HALEYVILLE, AL 35565


RED BAY WATER & GAS
ACCT # 03138001
P O  DRAWER 2007
RED BAY, AL 35582


REGAL FABRICS INC
ROSENTHA & ROSENTAHL
PO BOX  88926
CHICAGO, IL 60695-1926


RELIANCE STANDARD LIFE INSURAN
PO BOX 3124
SOUTHEASTERN, PA 19398-3124


RICHLOOM FABRICS GROUP
261 FIFTH AVENUE
NEW YORK, NY 10016


Roadrunner Supply Company
P O BOX 7170
ATTN: DAN PANGBURN
Dallas, TX 75209


ROBERT ALLEN GROUP
2660 PAYSPHERE CIRCLE
ATTENTION: TANJIA DECAUSEY
CHICAGO, IL 60674


ROBERT CARON
5601 S. 121st STREET
HALES CORNERS, WI 53130


ROBIN JOHNSON
774 SIPSEY ROCK ROAD
CRANE HILL, AL 35053

ROCKLAND INDUSTRIES,  INC.
THE CIT GROUP/COMMERCIAL SERVICES
PO BOX 1036
CHARLOTTE, NC 28201-1036


RODEWAY INN
P O  BOX 590
ABBOTSFORD, WI 54405


ROMANZIA WINDOW COVERING SPECIALTIES
658 25th STREET / PO BOX 72
CHETEK, WI 54728-0072


ROWE BUILDING SYPPLY
PO BOX 1306
HALEYVILLE, AL 35565


ROWLEY COMPANY
PO BOX 6010
230 MEEK ROAD
GASTONIA, NC 28056


RT SALES LLC
12872 HIGHWAY 55
MINNEAPOLIS, MN 55441


RUSKEN PACKAGING INC
64 WALNUT STREET NW
PO BOX 99
CULLMAN, AL 35056


RYZEX
DEPT 100
P O  BOX 94467
SEATLE, WA 98124


S&J LAWN CARE
60301 GRAYBILL AVENUE
GOSHEN, IN 46528


SAFETY 1st CONSULTING
2003 MARIETTA AVE
MUSCLE SHOALS, AL 35661

SAM'S CLUB
P.O. BOX 9001907
LOUISVILLE, KY 40290-1907


SAN LUIS BAY/DIAMOND RESORT
P.O. BOX 189
SAN LUIS BAY, CA 93424


SANDRA JOHNSON
C/O JOHNSON & ASSOC
4825 TOPAZ AVENUE
ANCHORAGE, AK 99502


SANDY WESTPHAL


SAPA  EXTRUSIONS
P.O. BOX 9100
POSTAL STATION F
TORONTO, ON M4Y 3A5


SCHILLING SUPPLY COMPANY
PO BOX 369
LA CROSSE, WI 54602-0369


SEA SPRAY MOTEL
2600 SOUTH BAY AVENUE
BEACH HAVEN, NJ 08008


SEABROOK WALLCOVERINGS INC
1325 FARMVILLE RD
MEMPHIS, TN 38122


SEALERSALES
18327 SHERMAN WAY
RESEDA, CA 91335-9012


SEITLIN INSURANCE
9800 NW 41st STRET
SUITE 300
MIAMI, FL 33178


SH ENTERPRISES, INC.
4000 CENTRAL DRIVE
WAUSAU, WI 54401

SHAPCO INC
640 SOUTH WHEELING ROAD
WHEELING, IL 60090


SHELL OIL - OH
ACCT # 653-254-912
PO BOX 183019
COLUMBUS, OH 43218-3019


SHOWTEX LOGISTICS, LLC
404 EAST 10th STREET
BERWICK, PA 18603


SILENT SHADES INC
13457 PLEASANT DRIVE
UNION, MI 49130


SM CRISTALL CO/CRYSTALL THREAD CO
1865 KENMORE AVE
BUFALLO, NY 14217


SMS DISTRIBUTIONS
P.O. BOX 95
SHREVEPORT, LA 71161


SOUTHERN TEXTILE GROUP, INC.
470 FARM ROAD
WHITWELL, TN 37397


SOUTHSTAR SUPPLY COMPANY
PO BOX 90147
NASHVILLE, TN 37209


SOUTHWESTERN ELECTRIC -BOSSIER
ACCT No 962-296-620-0-0
P O BOX  24422
CANTON, OH 44701-4422


SPEEDWAY SUPERAMERICA LLC
PO BOX 740587
CINCINNATI, OH 45274-0587


SPRINGS WINDOW FASHIONS - SUPERIOR
PO BOX 945792 - ACCT # 004733
ATLANTA, GA 30394-5792

SPRINGS WINDOW FASHIONS, LLC
PO BOX 945792 - ACCT # 004616
ATLANTA, GA 30394-5792


SPRINT - MO / SUP
PO BOX 219100
KANSAS CITY, MO 64121-9100


ST JOSEPH PAPER & PACKAGING
PO BOX 3908
SOUTH BEND, IN 44619-0908


STAMFORD PLAZA HOTEL & CONFERENCE CENTER
2701 SUMMER STREET
STAMFORD, CT 06905


STANDARD TEXTILE
PO BOX 0302
CINCINNATI, OH 45263-0302


STAPLES ADVANTAGE-Sup
DEPT BOS
PO BOX 415256
BOSTON, MA 02241-5256


STAR TRUCK RENTAL
3940 EASTERN AVE  SE
GRAND RAPIDS, MI 49508-2497


STARTEX INDUSTRIES INC
450 S. LOMBARD RD, UNIT# D
ADDISON, IL 60101


STATE OF NEW JERSEY  DEPT OF LABOR
DEPT OF LABOR AND WORKFORCE DEVELOPMENT
DIV OF EMPLOYER ACCTS
TRENTON, NJ 08625-0394, NJ 08625-0394


STATE OF NEW JERSEY/DPT OF LABOR & WORKF
DEPARTMENT OF LABOR AND WORKFORCE DEVELO
DIVISION OF REVENUE PROCESSING
TRENTON, NJ 08646-0059

Staybridge Suites
805 Keene Street
Columbia, MO 65201


STEWART OZBIRN
931 ALLISON DRIVE
RED BAY, AL 35582


STIMPSON CO., INC.
1515 SW 13TH COURT
POMPANO BCH, FL 33069


STITCH THIS
C/O SHERRY CASTONE
106 CASTONE LANE
WINDGAP, PA 18091


STOCKWELL PLACE STORAGE
1700 STOCKWELL ROAD
BOSSIER CITY, LA 71111


Summit Design Source, Inc.
1375 SE Wilson, Ste 160
Bend, OR 97702


SUN LIFE & HEALTH INSURANCE COMPANY
BOX NO 6168
CAROL STREAM, IL 60197-6168


SUPERIOR CHEMICAL CORP
P O BOX 1085
SHEBOYGAN, WI 83082-1085


SWAVELLE FABRICS
BB&T COMMERCIAL FINANCE
PO BOX  890011
CHARLOTTE, NC 28289-0011


SYMANTEC STORE
PO BOX 202475
DALLAS, TX 75320-2475


SYMETRA LIFE INSURANCE
PO BOX 34815
SEATTLE, WA 98124-1815

```
TANA TEX INC
5009 NORTH WINTHROP AVE
CHICAGO, IL 60640-3123


TAX TRUST ACCOUNT
SALES TAX DIVISION
PO BOX 830725
BIRMINGHAM, AL 35283-0725


TEN STARR AUTO BODY & DETAIL
819 SOUTH DIVISION STREET
COLBY, WI 54421


TERRY ROGERS
PO BOX 622
RED BAY, AL 35582


TEXTILE CONSULTING SERVICES
TEXTILE CONSULTING SERVICES
1315 JACKSON ROAD
GASTONIA, NC 28052


TEXTOL SYSTEMS, INC.
435 MEADOW LANE
CARLSTADT, NJ 07072


THE BLIND MAN OF AMERICA, INC.
8295 ROCKY MEADOW CIRCLE
RENO, NV 89511


THE DOCUMENT BANK
7801 RIVERA BLVD
MIRAMAR, FL 33023


THE GOVMARK ORGANIZATION INC
99 ALLEN BOULEVARD
SUITE D
FARMINGDALE, NY 11735


THE PAUL LIEBERMAN DRAPERY - COMMISSION
385 PROSPECT AVENUE
HACKENSANSACK, NJ 07601
```

THE STATE LIFE INSURANCE CO
7053 RELIABLE PARKWAY
CHICAGO, IL 60686-0070


THE UNITED STATES LIFE INSURANCE
P O BOX 62104
BALTIMORE, MD 21264-2104


TIETEX INTERNATIONAL LTD-GA
RBC BANK/TIETEX INTERNATIONAL, LTD
PO BOX 534644
ATLANTA, GA 30353-4644


TOLLMAN SPRING CO, INC
91 ENTERPRISE DRIVE
BRISTOL, CT 06010


TOM MCKENDRY
2128 SOUTHERN CT.
COTTAGE GROVE, WI 53527


TOMMY JAMISON DRAPERY INSTALLATION
109 N. THOMAS STREET
SOUTH HILL, VA 23970


TOTAL BANK
IPF - 100651
PO BOX 450516
MIAMI, FL 33245-0516


TRAVELERS - TX
Acct 1879VA018
PO BOX 660317
DALLAS, TX 75266-0317


TWIN CITY OVERHEAD DOOR INC
310 MONROE STREET
BOSSIER CITY, LA 71111


U.S. BUSINESS SYSTEMS, INC.
3221 SOUTHVIEW DR.
ELKHART, IN 46514

UGI PENN NATURAL GAS, INC
PO BOX 71204
PHILADELPHIA, PA 19176


ULINE
ATTN: ACCOUNTS RECEIVABLE
2200S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNDERWOOD TRUE VALUE HARDWARE
GOLDEN ROAD
PO BOX 290
RED BAY, AL 35582


UNISHIPPERS - ALT
717 SOUTH GRAND WEST
SPRINGFIELD, IL 62704


UNISHIPPERS - EAU
4225 30TH AVE S
MOORHEAD, MN 56560


UNITED HEALTHCARE - CORPORATE
DEPT. CH 10151
PALATINE, IL 60055-0151


UNITED MAILING SERVICES INC
4475 N 124 STREET, SUITE A
BROOKFIELD, WI 53005


UNITED PARCEL SERVICE - IL
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UNITED PARCEL SERVICE - PA
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UNITED STATES LIFE INS
P O  BOX  0801
CAROL STREAM, IL 60132


UNITED SUPPLY COMPANY
PO BOX  890276
CHARLOTTE, NC 28289-0276

UNITED WATER PENNSYLVANIA
PO BOX 371804
PITTSBURGH, PA 15250-7804


UNIVERSAL SEWING SUPPLY
1011 EAST PARK INDUSTRIAL PARK
ST. LOUIS, MO 63130


UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


US Hospitality Group
4485 Tench Rd
Suite 820
Sunwanee, GA 30024


USABLE LIFE
PO BOX 1297
ANDALUSIA, AL 36420


USF HOLLAND, INC.
27052 NETWOK PLACE
CHICAGO, IL 60673-1270


V & H AUTOMOTIVE MARSHFIELD
PO BOX 1237
MARSHFIELD, WI 54449-1237


VALLEY FORGE FABRICS, INC
2981 GATEWAY DRIVE
POMPANO BEACH, FL 33069


VALLEY VIEW APT - LA CROSSE
N1829 FORREST DRIVE
LA CROSSE, WI 54601


VEOLIA ENVIRONMENTAL SERVICES, INC
PO BOX 6484
CAROL STREAMS, IL 60197-6484


VERIZON - ALBANY, NY
PO BOX 15124
ALABNY, NY 12212-5124

```
VERIZON - LEHIGH , PA
PO BOX 25505
LEHIGH VALLEY, PA 18002-8000


VERIZON - NJ
PO BOX 4833
TRENTON, NJ 08650-4833


VERIZON / NJ
PO  BOX 4820
TRENTON, NJ 08650-4820


VERTILUX
7300 NW 35 TERRACE
MIAMI, FL 33122


VESTA DECORATIVE HOME ACCENTS
109 WELPINE RIDGE ROAD
PENDLETON, SC 29670


VOGUE ENTERPRISES INC
1801 KETTERING
IRVINE, CA 92614


VYTEC, INCORPORATED
PO BOX 1148
GRAINGER, IN 46530


WB Brawley Co.
Attn: Meg Adkins
102 Eastwood RD #D2-B
Wilmington, NC 28403


WE ENERGIES
PO BOX 2089
MILWAUKEE, WI 53201-2089


WELLS FARGO REAL STATE GROUP
MAC N9116-020 NW 5632
P O  BOX 1450
MINNEAPOLIS, MN 55485-5632
```

WELLS FARGO WHOLESALE BANKING
1225 WATER STREET
10TH FLOOR
JACKSONVILLE, FL 32202


WENDY VLAHAKIS
4804 HOMBEAM DRIVE
ROCKVILLE, MD 20853


WEST SAN CARLOS HOTEL PARTNERS, LLC
282 ALMADEN BLVD.
SAN JOSE, CA 95113


WESTERN OVERSEAS CORPORATE HEADQUARTERS
PO BOX 90099
LONG BEACH, CA 90809-0099


WHITE SANDS OCEANFRONT
1205 OCEAN AVE
POINT PLEASANT, NJ 08742


WI  SCTF
BOX 74400
MILWAUKEE, WI 53274-0400


WI HOTEL & LODGING ASSOCIATION
1025 S. MOORLAND AVE, SUITE 200
BROOKFIELD, WI 53005


WILLIAM ASHLEY GROUP
6950 LAUREL OAK DRIVE
SUWANEE, GA 30024


WILLIAM BASSETT
21246 QUIET HAVEN COURT
LAND O LAKES, FL 34637


WINSTON COUNTY REVENUE COMMISSIONER
ACCT No 9453
P.O. BOX 160
DOUBLE SPRINGS, AL 35553

WISCONSIN FOOTBALL COACHES ASSOC.
CHILDREN HOSPITAL FOUNDATION
5583 WATERFORD LANE
APPLETON, WI 54913


WM.  WRIGHT CO
PO BOX 842097
DALLAS, TX 75284-2097


WOODLAND BLINDS, LP
DEPT 860, PO BOX 4346
HOUSTON, TX 77210-4346


WORKCOMP CO/ WORKERS COMPENSATION
PO BOX 370254
DENVER, CO 80237


WORLDWIDE DRAPERIES
7400 NW 37TH AVENUE
MIAMI, FL 33147


WRIGHT EXPRESS
FLEET SERVICES - PO BOX 6293
ACCT # 04-50-00-776393-1
CAROL STREAM, IL 60197-6293


WYNDHAM GARDEN INN/NY
44-29 9TH STREET
LONG ISLAND CITY, NY 11101


XCEL ENERGY
XCEL ENERGY
P O  BOX  9477
MINNEAPOLIS, MN 55484-9477


XENIUM CORPORATION - NV
PO BOX 18617
RENO, NV 89511


XEROX CORPORATION - PA
CUSTOMER # 707416129
PO BOX 827598
PHILADELPHIA, PA 19182-7598

YAMILET FERNANDEZ
8811 NW 109 TERRACE
HIALEAH GARDENS, FL 33018


YRC - DALLAS, TX
P.O. BOX 730375
DALLAS, TX 75373-0375


ZZONE CONSTRUCTION STORM DIVISION, LLC
9259 E RAINTREE DRIVE
SCOTTSDALE, AZ 85260