B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Decorator Industries, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ARCHITEX INTERNATIONAL**<br>3333 COMMERCIAL AVENUE<br>NORTHBROOK, IL 60062 | **ARCHITEX INTERNATIONAL**<br>3333 COMMERCIAL AVENUE<br>NORTHBROOK, IL 60062 | | | **11,417.76** |
| **C.H. ROBINSON WORLDWIDE INC**<br>P O BOX 9121<br>MINNEAPOLIS, MN 55480 | **C.H. ROBINSON WORLDWIDE INC**<br>P O BOX 9121<br>MINNEAPOLIS, MN 55480 | | | **28,309.22** |
| **CHOICE HOTELS INTERNATIONAL**<br>PNC BANK<br>PHILAELPHIA, PA 19182-4468 | **CHOICE HOTELS INTERNATIONAL**<br>PNC BANK<br>PHILAELPHIA, PA 19182-4468 | | | **11,280.36** |
| **CRESTMONT FABRICS**<br>75 LASER COURT<br>HAUPPAUGE, NY 11788 | **CRESTMONT FABRICS**<br>75 LASER COURT<br>HAUPPAUGE, NY 11788 | | | **65,132.67** |
| **DESIGN CRAFT FABRICS**<br>PO BOX 95022<br>PALATINE, IL 60095-0022 | **DESIGN CRAFT FABRICS**<br>PO BOX 95022<br>PALATINE, IL 60095-0022 | | | **220,195.58** |
| **DIRIGO STITCHING, INC**<br>PO BOX 447<br>SKOWHEGAN, ME 04976 | **DIRIGO STITCHING, INC**<br>PO BOX 447<br>SKOWHEGAN, ME 04976 | | | **14,572.90** |
| **ENCORE POLY CORPORATION**<br>240 W PASSAIC STREET, STE#7<br>MAYWOOD, NJ 07607 | **ENCORE POLY CORPORATION**<br>240 W PASSAIC STREET, STE#7<br>MAYWOOD, NJ 07607 | | | **11,578.80** |
| **FABRICUT CONTRACT**<br>PO BOX 470490<br>TULSA, OK 74147 | **FABRICUT CONTRACT**<br>PO BOX 470490<br>TULSA, OK 74147 | | | **91,616.02** |
| **HANES FABRICS COMPANY**<br>L&P FINANCIAL SERVICES CO<br>PO BOX 60984<br>CHARLOTTE, NC 28260 | **HANES FABRICS COMPANY**<br>L&P FINANCIAL SERVICES CO<br>PO BOX 60984<br>CHARLOTTE, NC 28260 | | | **93,475.99** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Decorator Industries, Inc.**  
                 Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **HERITAGE HOUSE FABRICS**<br>**4400 FORTUNE AVENUE**<br>**CONCORD, NC 28027** | **HERITAGE HOUSE FABRICS**<br>**4400 FORTUNE AVENUE**<br>**CONCORD, NC 28027** | | | 13,012.84 |
| **INTEGRA FABRICS**<br>**DEPT 381 - PO BOX 100199**<br>**COLUMBIA, SC 29202-3199** | **INTEGRA FABRICS**<br>**DEPT 381 - PO BOX 100199**<br>**COLUMBIA, SC 29202-3199** | | | 48,279.89 |
| **LOUIS PLUNG & COMPANY**<br>**FOUR GATEWAY CENTER**<br>**9TH FLOOR**<br>**PITTSBURGH, PA 15222** | **LOUIS PLUNG & COMPANY**<br>**FOUR GATEWAY CENTER**<br>**9TH FLOOR**<br>**PITTSBURGH, PA 15222** | | | 59,000.00 |
| **LOUROTH INDUSTRIES**<br>**2502 MIDDLEBURY STREET**<br>**ELKHART, IN 46516** | **LOUROTH INDUSTRIES**<br>**2502 MIDDLEBURY STREET**<br>**ELKHART, IN 46516** | | | 11,807.20 |
| **NORTHEAST TEXTILES INC**<br>**P.O.  2147**<br>**GAFFNEY, SC 29342** | **NORTHEAST TEXTILES INC**<br>**P.O.  2147**<br>**GAFFNEY, SC 29342** | | | 14,244.40 |
| **P/ KAUFMANN CONTRACT**<br>**ROSENTHAL & ROSENTHAL INC**<br>**PO BOX 88926**<br>**CHICAGO, IL 60695-1926** | **P/ KAUFMANN CONTRACT**<br>**ROSENTHAL & ROSENTHAL INC**<br>**PO BOX 88926**<br>**CHICAGO, IL 60695-1926** | | | 17,736.49 |
| **R EQUAL,  LLC**<br>**1591 BARTLETT ROAD**<br>**MEMPHIS, TN 38134** | **R EQUAL,  LLC**<br>**1591 BARTLETT ROAD**<br>**MEMPHIS, TN 38134** | | | 12,042.80 |
| **ROBERT ALLEN GROUP**<br>**2660 PAYSPHERE CIRCLE**<br>**ATTENTION: TANJIA DECAUSEY**<br>**CHICAGO, IL 60674** | **ROBERT ALLEN GROUP**<br>**2660 PAYSPHERE CIRCLE**<br>**ATTENTION: TANJIA DECAUSEY**<br>**CHICAGO, IL 60674** | | | 12,691.14 |
| **ROCKLAND INDUSTRIES, INC.**<br>**THE CIT GROUP/COMMERCIAL SERVICES**<br>**PO BOX 1036**<br>**CHARLOTTE, NC 28201-1036** | **ROCKLAND INDUSTRIES,  INC.**<br>**THE CIT GROUP/COMMERCIAL SERVICES**<br>**PO BOX 1036**<br>**CHARLOTTE, NC 28201-1036** | | | 15,215.29 |
| **TIETEX INTERNATIONAL LTD-GA**<br>**RBC BANK/TIETEX INTERNATIONAL, LTD**<br>**PO BOX 534644**<br>**ATLANTA, GA 30353-4644** | **TIETEX INTERNATIONAL LTD-GA**<br>**RBC BANK/TIETEX INTERNATIONAL, LTD**<br>**PO BOX 534644**<br>**ATLANTA, GA 30353-4644** | | | 41,501.87 |
| **VYTEC, INCORPORATED**<br>**PO BOX 1148**<br>**GRAINGER, IN 46530** | **VYTEC, INCORPORATED**<br>**PO BOX 1148**<br>**GRAINGER, IN 46530** | | | 18,928.36 |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **Decorator Industries, Inc.**                                                           Case No.  _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  3, 2011**                              Signature  **/s/ William A. Johnson**
                                                                                **William A. Johnson**
                                                                                **President and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.