**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**www.flsb.uscourts.gov**

**In re:**

**DECORATOR INDUSTRIES, INC.,**         Case No. 11-
                                        Chapter 11
        **Debtor.**
_____/

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Decorator Industries, Inc. (the "Debtor") in the above captioned action, certifies that the following is a (are) corporations(s), other than the Debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s) equity interests, or states that there are no entities to report under FRBP 7007.1:

**Robotti & Company, LLC**

Dated: October 3, 2011

Respectfully Submitted,

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Debtor-in-Possession
4400 Miami Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:      /s/ Paul J. Battista
    Paul J. Battista, Esq.
    Florida Bar No. 884162
    pbattista@gjb-law.com
    Heather L. Harmon, Esq.
    Florida Bar No. 013192
    hharmon@gjb-law.com